EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Extensión de términos por Motivo de concesión del 24 y 26 de diciembre de 2014 y el 5 de enero de 2015 | 2014 TSPR 141<br><br>192 DPR ____ |

Número del Caso: ER-2014-11

Fecha: 5 de diciembre de 2014

Materia: Extensión de Términos (concesión del 24 y 26 de diciembre de 2014 y el 5 de enero de 2015)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Extensión de términos por
Motivo de concesión del
24 y 26 de diciembre de 2014          ER-2014-11
y el 5 de enero de 2015


RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de diciembre de 2014.

La Jueza Presidenta, Hon. Liana Fiol Matta, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del 24 de diciembre de 2014, así como los días 26 de diciembre de 2014 y el 5 de enero de 2015, con cargo a la licencia de vacaciones.

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, se dispone que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán los días 24 de diciembre de 2014, 26 de diciembre de 2014 y 5 de enero de 2015 como días feriados. Cualquier término a vencer el 24 y el 26 de diciembre de 2014, se extenderá hasta el lunes 29 de diciembre de 2014; y los que venzan el 5 de enero de 2015, se extenderán hasta el próximo día laborable, miércoles 7 de enero de 2015.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo